IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Snyder, Michael | * |
| Plaintiff | * |
| v. | *   Case No.: 1:06cv02213 JR |
| Dale Lowery   et al. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

PLAINTIFF'S REPORT UNDER RULE LCvR 16.3

Plaintiff, by undersigned counsel, hereby states that, according to the requirements of LcvR 16.3, Plaintiff's counsel met by telephone with counsel for Defendants and they agreed upon the attached Scheduling Order. Plaintiff's counsel furthermore states that on Thursday, March 8, 2007, Plaintiff's counsel emailed a copy of Plaintiff's proposed Report under Rule LcvR 16.3 to Defendants' counsel and expressed a willingness to prepare a Joint Report as required by the Rules. Plaintiff's counsel has not heard back from Defendants' Counsel.

Therefore, Plaintiff's Counsel hereby submits Plaintiff's Report under LcvR 16.3.

1.   Case Tracking Category.

Plaintiff does not believe that a prolonged time for discovery is required. The parties have been in business together for some time and much of the material -- other than certain financial records -- is already available to both parties and witnesses are already known to the parties.

Defendants' contentions are not known.

2.  Additional Parties & Narrowing of Issues:

   Plaintiff does not believe that additional parties will be named in this case. The factual issues are well known although some legal matters may be resolvable by summary judgment.

   Defendants' contentions are not known.

3.  Magistrate Judge:

   Plaintiff Snyder has no objection to a magistrate judge.

   Defendants' position is not known.

4.  Settlement:

   Plaintiff believes that there is a realistic possibility of settlement at this time.

   Defendants' position is not known.

5.  ADR:

   Plaintiff believes ADR might be of some benefit to the parties.

   Defendants' position is not known.

6.  Dispositive Motions:

   Plaintiff believes that some, but not all, of the case may be resolvable on summary judgment.

   Defendants' position is not known.

7.  Initial Disclosures:

   Plaintiff believes that full initial disclosures should be required.

  Defendants' position is not known.

8. Discovery:

  Plaintiff does not anticipate exceeding the number of depositions allowed under the rules.   The case does not involve trade secrets so no protective orders are needed.  No limits other than those in the rules should be imposed on Interrogatories or Requests for Admissions, or Requests for Production of Documents. If Defendants fully comply with the initial discovery requirements of the Rules document discovery should go very quickly.  Four months should be allowed to ensure full and complete discovery,

  Defendants' position is not known.

9. Experts:

  Plaintiff may wish to call a financial expert but is not sure at this time. Plaintiff sees no need to modify F.R.Civ.P. 26(a)(2).

  Defendants' position is not known.

10. Class Actions:  This case is not a class action.

11. Bifurcation:

  Plaintiff does not believe that bifurcation of trial and/or discovery is needed in this case.

  Defendants' position is not known.

12. Pre-Trial Conference Date:

  Plaintiff believes that it is premature to set a pre-trial conference date.

  Defendants' position is not known.

13. Firm Trial Date:

  Plaintiff believes that the Court should wait to set a trial date until the Pre-trial conference.

Defendants' position is not known.

14. Other Matters:

Plaintiff: None.

Defendants: Unknown

Report Submitted: March 13, 2007

KAUFMAN LAW, A Professional Corporation<br>
11350 Random Hills Rd. Suite 800<br>
Fairfax, VA 22030<br>
703.764.9080<br>
703.764-0014 (fax)<br>
David@dzklaw.com<br>
Counsel for Plaintiff

By:_____
   D.Z. Kaufman, Bar # 435123

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2007, a copy of the above document was served via ECF of the U.S. District Court of the District of Columbia on counsel for Defendants Dale A. Cooter, Esq. and James E. Tompert, Esq., 5301 Wisconsin Ave., NW, Suite 500, Washington, D.C. 20015.

_____
   David Zachary Kaufman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Snyder, Michael | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 1:06cv02213 JR |
| | * | |
| Dale Lowery    et al. | * | |
| | * | |
| Defendants | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

PROPOSED SCHEDULING ORDER

| | |
|---|---|
| Initial Rule 26(a)(1) disclosures: | May 1, 2007 |
| Discovery Request deadline: | October 1, 2007 |
| Rule 26(b)(4) Expert Statement: | Plaintiff:    December 1, 2007<br>Defendants:    January 1, 2008. |
| Exchange Witness Lists: | January 15, 2008 |
| Discovery Closed: | February 15, 2008 |
| Motions Deadline: | March 1, 2008 |
| Dispositive Motions Deadline: | April 1, 2008 |
| Pre-trial Conference: | April 30, 2008 |

Date:

_____
U.S. District Court Judge

cc:     David Z. Kaufman, Esq.
        James E. Tompert, Esq.,