UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL SNYDER,                  :
                                 :
        Plaintiff,               :
                                 :
    v.                           :  Civil Action No. 06-2213 (JR)
                                 :
DALE LOWERY, *et al.*,           :
                                 :
        Defendants.              :

**SCHEDULING ORDER**

After an initial scheduling conference in Chambers on March 13, 2007, it is

**ORDERED** that the parties exchange Rule 26(a)(1) disclosures by April 13, 2007.  It is

**FURTHER ORDERED** that defendant's contemplated motion for summary judgment is due May 11,2007, with opposition and reply to be filed within the times permitted by the Local Rules.  It is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by

fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.  And it is

      **FURTHER ORDERED** that a further status conference, or hearing date, will be set if necessary following the completion of briefing.

                                              JAMES ROBERTSON
                               United States District Judge