IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Snyder, Michael | * |
| Plaintiff | * |
| v. | *   Case No.: 1:06cv02213 JR |
| Dale Lowery   et al. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on this April 11, 2007, I served a copy of Plaintiff Snyder's Initial Discovery according to Fed. R. Civ. P. 26(a)(1) on Defendants' counsel of record, Dale A. Cooter, Esq. and James E. Tompert, Esq., 5301 Wisconsin Ave., NW, Suite 500, Washington, D.C. 20015, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been declined.

                                                        Michael Snyder,
                                                      By Counsel

KAUFMAN LAW,  A Professional Corporation
11350 Random Hills Rd.  Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
David@dzklaw.com
Counsel for Plaintiff

By: _____
      D.Z. Kaufman, Bar # 435123

## CERTIFICATE OF SERVICE

  I hereby certify that on April 11, 2007, a copy of the above document was served via ECF of the U.S. District Court of the District of Columbia on counsel for Defendants Dale A. Cooter, Esq. and James E. Tompert, Esq., 5301 Wisconsin Ave., NW, Suite 500, Washington, D.C. 20015.

            _____
            David Zachary Kaufman