IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Snyder, Michael | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 1:06cv02213 JR |
| | * | |
| Dale Lowery   et al. | * | |
| | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR EXTENSION OF TIME
## TO FILE OPPOSITION TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW THE PLAINTIFF, Michael Snyder, by undersigned counsel, and moves this court for a 30 day extension of time to file his opposition to Defendants' Motion for Summary Judgment so that Plaintiff's Opposition may be filed by June 11, 2007.

1. Counsel received ECF notice of Defendant's Motion for Summary Judgment with supporting Memorandum and six (6) Exhibits on Friday, May 11 at approximately 6:15 p.m.

2. Under Local Rule 7(b) Plaintiff must respond within 11 days.  LCvR 7(b) also indicates that the Court may permit more time to respond if requested.

3. Counsel for Plaintiff has attempted to contact Counsel for Defendants to obtain their consent but has been unsuccessful.

Wherefore, this Court should Grant Plaintiff's Motion for Extension of Time and permit Plaintiff's Opposition to Defendant's Motion for Summary Judgment to be filed June 11, 2007.

                                                Respectfully submitted,

                                                Michael Snyder,
                                                By Counsel

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd.  Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
David@dzklaw.com
Counsel for Plaintiff

By: _____
      D.Z. Kaufman, Bar # 435123

## CERTIFICATE OF SERVICE

     I hereby certify that on May 13, 2007, a copy of the above document was served via ECF of the U.S. District Court of the District of Columbia on counsel for Defendants Dale A. Cooter, Esq. and James E. Tompert, Esq., 5301 Wisconsin Ave., NW, Suite 500, Washington, D.C. 20015.

                                      _____
                                          David Zachary Kaufman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Snyder, Michael             *
                            *
    Plaintiff               *
                            *
v.                          *    Case No.: 1:06cv02213 JR
                            *
Dale Lowery  et al.         *
                            *
    Defendants              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

    THIS COURT, upon Motion by Plaintiff Snyder, and with the Consent of Defendants, hereby

    GRANTS Plaintiff's Motion for Extension of Time to file his Opposition to Defendants' Motion for Summary Judgment and

    ORDERS that Plaintiff's Opposition to Defendants' Motion for Summary Judgment be filed by June 11, 2007.

_____
Judge Robertson

Copies to:

David Zachary Kaufman, Esq.
KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
Counsel for Plaintiff


Dale A. Cooter, Esq.
James E. Tompert, Esq.,
5301 Wisconsin Ave., NW,
Suite 500,
Washington, D.C. 20015.