IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Snyder, Michael | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 1:06cv02213 JR |
| | * | |
| Dale Lowery et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENT TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW THE PLAINTIFF, Michael Snyder, by undersigned counsel, and supplements his Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment as follows:

1. Counsel received Defendant's emailed consent to Plaintiff's Motion yesterday by email. Exhibit 1.

2. Thus, Plaintiff's Motion for Extention of Time now has the Consent of Defendants.

Wherefore, this Court should Grant Plaintiff's Motion for Extension of Time as if it were a Consent Motion and permit Plaintiff's Opposition to Defendant's Motion for Summary Judgment to be filed June 11, 2007. A copy of the proposed, revised Order is attached.

Respectfully submitted,

                                          Michael Snyder,
                                          By Counsel

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
David@dzklaw.com
Counsel for Plaintiff

By: _____
      D.Z. Kaufman, Bar # 435123


## CERTIFICATE OF SERVICE

     I hereby certify that on May 13, 2007, a copy of the above document was served via ECF of the U.S. District Court of the District of Columbia on counsel for Defendants Dale A. Cooter, Esq. and James E. Tompert, Esq., 5301 Wisconsin Ave., NW, Suite 500, Washington, D.C. 20015.


_____
David Zachary Kaufman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Snyder, Michael | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:06cv02213 JR |
| Dale Lowery  et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT ORDER**

THIS COURT, upon Motion by Plaintiff Snyder, and with the Consent of Defendants, hereby

GRANTS Plaintiff's Motion for Extension of Time to file his Opposition to Defendants' Motion for Summary Judgment and

ORDERS that Plaintiff's Opposition to Defendants' Motion for Summary Judgment be filed by June 11, 2007.

_____
Judge Robertson

Copies to:

David Zachary Kaufman, Esq.
KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
Counsel for Plaintiff


Dale A. Cooter, Esq.
James E. Tompert, Esq.,
5301 Wisconsin Ave., NW,
Suite 500,
Washington, D.C. 20015.

### david@businessbrawls.com

**From:** "Dale Cooter" <Dcooter@cootermangold.com>
**To:** <david@businessbrawls.com>
**Sent:** Tuesday, May 15, 2007 1:11 PM
**Subject:** RE: 070512 request for extension of time.pdf

EXHIBIT 1

we consent

---

**From:** david@businessbrawls.com [mailto:david@businessbrawls.com]
**Sent:** Sunday, May 13, 2007 12:22 AM
**To:** Dale Cooter
**Subject:** 070512 request for extension of time.pdf

Please review attached letter.

D. Z. Kaufman, Esq.
Kaufman Law, A Professional Corporation
11350 Random Hills Road, Suite 800
Fairfax, VA  22030
(703) 764-9080 (o)
(703) 764-0014 (f)
Admitted in VA, MD & D.C.