UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL SNYDER,                         :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  :  Civil Action No. 06-2213 (JR)
                                        :
DALE LOWERY, *et al.*,                  :
                                        :
        Defendants.                     :

### ORDER

Plaintiff's motion for leave to amend [16] is **granted**, without prejudice to defendant's motion for Rule 11 sanctions [9]. See minute order of 5/22/07. It is **SO ORDERED**.


                                JAMES ROBERTSON
                            United States District Judge