## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SNYDER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-2213 (JR) |
| DALE LOWERY, *et al.*, | : |
| Defendants. | : |

### ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion for summary judgment [11] is **GRANTED**. Count VII of the Amended Complaint [25] is **dismissed without prejudice**.

JAMES ROBERTSON
United States District Judge